IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL E. HEBBE, | ) | No. C 12-4037 JSW (PR) |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) ) ) ) | (Docket No. 10) |
| Defendants. | ) ) | |

    Plaintiff, a California prisoner, filed a pro se civil action in this Court. On November 8, 2012, an order was mailed to Plaintiff at the address he provided to the Court, but it was returned by the postal service as undeliverable on November 28, 2012, because Plaintiff was not located at that address. Local Rule 3.11 requires Plaintiff to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. Plaintiff has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable. Accordingly, this case is DISMISSED without prejudice, and Defendants' motion to dismiss (dkt. 10) on these grounds is GRANTED.

    The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

DATED: March 11, 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL E. HEBBE,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS et al,

        Defendant.

        Case Number: CV12-04037 JSW

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul E. Hebbe
#P04364
P.O. Box 690
Soledad, CA 93960

Dated: March 11, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk